UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLARUS CORPORATION,

    Plaintiff,

  v.

CAPTION MANAGEMENT LLC, CAPTION PARTNERS II LP, CAPTION GP, LLC, WILLIAM COOPER and JASON STRASSER,

    Defendants.

Case No.: 1:24-cv-01811-ALC

Related Case No.: 1:24-cv-01018-ALC

---

### NOTICE OF DEFENDANTS CAPTION MANAGEMENT LLC, CAPTION PARTNERS II LP, CAPTION GP, LLC, WILLIAM COOPER, AND JASON STRASSER's MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Pia Williams Keevil, and all exhibits annexed thereto, Caption Management LLC, Caption Partners II LP, Caption GP, LLC, William Cooper, and Jason Strasser (collectively, the "Caption Defendants") shall move this Court before the Honorable Andrew L. Carter Jr., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint for violation of Section 16(b) of the Securities Exchange Act of 1934, filed on March 8, 2024, in its entirety, with prejudice, and granting the Caption Defendants such other and further relief as this Court deems just and proper.

Dated: June 27, 2024
       New York, New York

                                                Respectfully Submitted,

                                                **WILLKIE FARR & GALLAGHER LLP**

                                                */s/ Tariq Mundiya*
                                                Tariq Mundiya
                                                Pia Williams Keevil
                                                787 Seventh Avenue
                                                New York, New York 10019
                                                Telephone: 212-728-8000
                                                Email: tmundiya@willkie.com
                                                                 pkeevil@willkie.com

                                                *Attorneys for Defendants Caption Management LLC, Caption Partners II LP, Caption GP, LLC, William Cooper, and Jason Strasser*