**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ X

**CLARUS CORPORATION**

:

                                        **Plaintiff,**        :

          **-against-**                 :        **24-CV-1811 (ALC)**

                                        :

**CAPTION MANAGEMENT LLC ET AL,**       :

                                        :        <u>**ORDER**</u>
                                  **Defendants.**

                                        :

-----------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

On February 18, 2026, the Court received a letter from Tara Williams seeking to intervene in this case. ECF No. 61. On February 23, 2026, Plaintiff Clarus Corporation and Defendants filed letters opposing such an action. ECF Nos. 62, 63. Tara Williams's request for leave to file a motion seeking intervention is GRANTED.

Tara Williams's brief is March 3, 2026. Opposition briefs from Plaintiff and Defendants are due by March 10, 2026 (the Parties are encouraged to file a joint opposition). Any Reply is due March 13, 2026.

**SO ORDERED.**

**Dated:    New York, New York**
**          February 25, 2026**

_____
       **ANDREW L. CARTER, JR.**
       **United States District Judge**