**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- X

**CLARUS CORPORATION**                                  :

                          **Plaintiff,**                :

          **-against-**                                 :          **24-CV-1811 (ALC)**

                                                        :

**CAPTION MANAGEMENT LLC ET AL,**                       :

                          **Defendants.**               :          **ORDER**

                                                        :

-------------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

     On March 2, 2026, the Court received a letter from Tara Williams requesting the Court

seal ECF No. 65. Williams' request is GRANTED. The Clerk of Court is respectfully directed

to seal ECF No. 65.

**SO ORDERED.**


**Dated:**   **New York, New York**
         **March 2, 2026**

                                        _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**